EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5703
 Fax: (415) 703-1234
 Email: Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ERIC PAUL BIGONE,<br><br>                      Petitioner,<br><br>v.<br><br>K. PROSPER, Warden,<br><br>                      Respondent. | C 08-0811 JSW (PR)<br><br>**MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
|---|---|

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time, until September 5, 2008, in which to file an answer or other response to the petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying declaration of counsel. We have not attempted to contact petitioner about this extension of time because he is an incarcerated state prisoner who is representing himself.

WHEREFORE, respondent respectfully requests that this Court grant an extension of time to and including September 5, 2008, in which to file an answer or other responsive pleading.

///

///

1  Dated: July 7, 2008

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
   Attorney General of the State of California

4  DANE R. GILLETTE
   Chief Assistant Attorney General

5  GERALD A. ENGLER
   Senior Assistant Attorney General

6  PEGGY S. RUFFRA
   Supervising Deputy Attorney General

10  /s/ Michele J. Swanson
    MICHELE J. SWANSON
    Deputy Attorney General
    Attorneys for Respondent

20120058.wpd
SF2008401594

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERIC PAUL BIGONE,** | C 08-0811 JSW (PR) |
| Petitioner, | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **K. PROSPER, Warden,** | |
| Respondent. | |

I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case.  Respondent's answer or other responsive pleading is due July 7, 2008, pursuant to this Court's May 7, 2008 Order to Show Cause.  I am unable to meet this deadline, and request an enlargement of time to file a response to the petition for writ of habeas corpus for the following reasons.

I was not the attorney who briefed this case on direct review in state court.  Since having this case assigned to me, I have been working on cases with chronological precedence, and in the past 30 days, I have filed reply briefs in *Muhammad v. Adams*, C 07-3627 MMC (PR)

1  and *Parnell v. Evans*, C 05-4324 SBA (pr), and an answer in *Collier v. Hedgpeth*, C 07-5964 SI
2  PR.  I have also recently completed the answers in *Wash v. Runnels*, C 04-04207 JW and *Haney*
3  *v. Adams*, C 07-4682 CRB (PR).  For these reasons, I am unable to file the response in this case
4  by the current deadline.

5        I have not attempted to contact petitioner about this extension of time because he is an
6  incarcerated state prisoner who is representing himself.

7        Accordingly, I request that the Court grant respondent an extension of 60 days, to and
8  including September 5, 2008, in which to file a response to the petition.

9        I declare under penalty of perjury that the foregoing is true and correct.

10        Executed at San Francisco, California, on July 7, 2008.

12        /s/ Michele J. Swanson
      MICHELE J. SWANSON
13        Deputy Attorney General

16  20120059.wpd

17  SF2008401594

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC PAUL BIGONE,<br><br>        Petitioner,<br><br>  v.<br><br>K. PROSPER, Warden,<br><br>        Respondent. | C 08-0811 JSW (PR)<br><br>**[PROPOSED] ORDER** |

  GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the Court and serve on petitioner, on or before **September 5, 2008**, an answer or other response to the petition for writ of habeas corpus.

  IT IS SO ORDERED.

Dated: _____

                       The Honorable Jeffrey S. White

[Proposed] Order                             Bigone v. Prosper, Warden<br>                                               C 08-0811 JSW (PR)

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Bigone v. Prosper, Warden**

No.:   **C 08-0811 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>July 7, 2008</u>, I served the attached **MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ENLARGE TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS; PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Eric Paul Bigone
No. F03865
P.O. Box 2210
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 7, 2008, at San Francisco, California.

|  |  |
|---|---|
| D. Desuyo | /s/   D. Desuyo |
| Declarant | Signature |

20120156.wpd