FILED
JUL 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC PAUL BIGONE,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>K. PROSPER, Warden,<br><br>　　　　　　　　　　Respondent. | C 08-0811 JSW (PR)<br><br>[PROPOSED] ORDER<br>(Docket No. 4) |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the Court and serve on petitioner, on or before **September 5, 2008**, an answer or other response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: 7/14/08

_____
The Honorable Jeffrey S. White

[Proposed] Order

Bigone v. Prosper, Warden
C 08-0811 JSW (PR)

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC PAUL BIGONE,

      Plaintiff,

v.

K PROSPER et al,

      Defendant.
_____/

Case Number: CV08-00811 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Paul Bigone
F03865
P.O. Box 2210
Susanville, CA 96127

Dated: July 14, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk