1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5703
    Fax:  (415) 703-1234
8   Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERIC PAUL BIGONE,**<br><br>                    Petitioner,<br><br>        v.<br><br>**K. PROSPER, Warden,**<br><br>                    Respondent. | C 08-0811 JSW (PR)<br><br>**NOTICE OF LODGING AND INDEX OF RECORDS PURSUANT TO LOCAL RULE 2254-6(b)(3)** |

Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities:

| **EXHIBIT** | **TITLE** |
|---|---|
| 1 | State Court Clerk's Transcript |
| 2A to 2H | State Court Reporter's Transcript |
| 3 | Opinion of the California Court of Appeal |
| 4 | Petition for Writ of Habeas Corpus filed in California Supreme Court |

///

///

| EXHIBIT | TITLE |
|---|---|
| 5 | Docket sheet of petitioner's state habeas case in California Supreme Court |

Dated: August 29, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

20134538.wpd
SF2008401594

## **DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Bigone v. Prosper, Warden**

No.:   **C 08-0811 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 29, 2008, I served the attached

**NOTICE OF LODGING AND INDEX OF RECORDS PURSUANT TO LOCAL RULE 2254-6(b)(3)**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Eric Paul Bigone
No. F03865
P.O. Box 2210
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 29, 2008, at San Francisco, California.

|  M. Argarin  |  /s/ M. Argarin  |
| :---: | :---: |
| Declarant | Signature |

20137917.wpd